IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

    Petitioner,               No. 2:10-cv-3101 MCE CKD P

    vs.

GARY SWARTHOUT,

    Respondent.            ORDER

                                        /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On March 29, 2012, the court entered judgment against petitioner and closed this case. Since then, however, petitioner has filed a motion for appointment of counsel. Also pending is a motion asking for "review, counsel, and investigation of facts/discovery of arrests."[1] In light of the judgment entered on March 29, 2012, all of these requests are moot.

////

////

////

---

[1] The motion for a certificate of appealability that is joined to the motion for "review," etc., is before the district judge assigned to this case. This order does not rule on that request.

1

Accordingly, IT IS ORDERED that the motions for appointment of counsel and for review, counsel and investigation of facts/discovery (Docket Nos. 18 and 28) are moot.

Dated: September 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
kish3101.ord