1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHANDRA KISHOR

11         Petitioner,                    No. 2:10-cv-3101 MCE CKD P

12      vs.

13   GARY SWARTHOUT

14         Respondent.                    ORDER

15   _____/

16         Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus under 28 U.S.C. § 2254.  On March 29, 2012, the court entered judgment against

18   petitioner and closed this case.  Since then, however, petitioner has filed a motion for

19   appointment of counsel.  Also pending is a motion asking for "review, counsel, and investigation

20   of facts/discovery of arrests."[1]  In light of the judgment entered on March 29, 2012, all of these

21   requests are moot.

22   ////

23   ////

24   ////

25   _____

26       [1] The motion for a certificate of appealability that is joined to the motion for "review,"
     etc., is before the district judge assigned to this case.  This order does not rule on that request.

1

1          Accordingly, IT IS ORDERED that the motions for appointment of counsel and

2  for review, counsel and investigation of facts/discovery (Docket Nos. 18 and 28) are moot.

3    Dated: September 6, 2012

4                                                _____

5                                 CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17  3
    kish3101.ord

18

19

20

21

22

23

24

25

26